IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              Case No. 2:12-CR-20050-PKH

KAREN TOWNSEND
                                                                      DEFENDANT

## ORDER

At a hearing held on May 1, 2013, this Court sentenced Defendant Karen Townsend to a term of imprisonment of eighteen (18) months. Defendant was ordered to surrender for service of the sentence before 12:00 p.m. on July 7, 2013, at the institution designated by the Bureau of Prisons. The designated facility is unable to process Defendant on a Saturday, therefore, the date needs to be changed.

IT IS HEREBY ORDERED that the date upon which Defendant Karen Townsend is to self report to begin the sentence imposed is extended until Monday, July 9, 2013.

IT IS FURTHER ORDERED that Defendant Karen Townsend is to surrender herself at the designated facility before 12:00 p.m. on July 9, 2013.

IT IS SO ORDERED this 14th day of May, 2013.


                                        /s/ P. K. Holmes, III
                                        P.K. HOLMES, III
                                        CHIEF U.S. DISTRICT JUDGE