IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                    Case No. 2:12-CR-20050-001

KAREN TOWNSEND                                                 DEFENDANT

and

EDWARD JONES                                                    GARNISHEE

## DISPOSITION ORDER

On November 19, 2012, Defendant Karen Townsend pleaded guilty to one count of wire fraud. The criminal judgment entered by the Court on May 2, 2013, ordered her to pay a $100.00 special assessment, a $5,000.00 fine, and $145,375.54 in restitution. On August 20, 2013, the Government petitioned for a Writ of Garnishment against property of Defendant in the possession or custody of Garnishee, Edward Jones, as a balance of $150,475.54 remained outstanding as of August 13, 2013. A Writ of Continuing Garnishment (Doc. 22) issued from this Court on August 21, 2013. According to Edward Jones's Answer (Doc. 24), Edward Jones has custody, control or possession of the following property (non-earnings), in which Defendant Karen Townsend maintains an interest:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| Traditional individual retirement account for the benefit of Karen Townsend | Estimate as of 8/26/13: $18,087.47 | 1 stock and 4 mutual funds |

The time for filing an objection to Edward Jones's answer and requesting a hearing has passed, and

there are no unresolved exemption claims. Pursuant to 18 U.S.C. § 3205(c)(7), Edward Jones is entitled to a disposition order.

Accordingly, IT IS HEREBY ORDERED that the property in which Karen Townsend maintains an interest and is currently held by Edward Jones, as described above, is to be turned over to the United States District Court Clerk for the Western District of Arkansas for application toward partial satisfaction of Defendant's judgment debt. The payment should include the Defendant's name and the case number, 2:12-CR-20050-001, as reference. The Clerk is to distribute the funds in accordance with this Court's previous criminal judgment (Doc. 16) filed on May 2, 2013.

IT IS SO ORDERED this 24th day of September, 2013.

*/s/P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE